## Commonwealth ex rel. Crawley, Appellant, *v.* Myers.

Submitted June 13, 1966. *Phillip Anthony Crawley, III,* appellant, in propria persona; *H. Book Hopkins* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Delker, Appellant, *v.* Myers.

Submitted June 13, 1966. *Franklin Delker,* appellant, in propria persona; *Frank S. Poswistilo,* Assistant District Attorney, and *Bernard V. O'Hare, Jr.,* District Attorney, for appellee.

Order affirmed.